# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-50440
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

February 26, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

KEVIN DWAYNE REVELL,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:05-CR-186

Before CLEMENT, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Kevin Dwayne Revell moves this court for leave to proceed in forma pauperis (IFP) on appeal from the district court's denial of his 18 U.S.C. § 3582(c)(2) motion for a reduction of his 180-month sentence for conspiracy to distribute methamphetamine. *See Baugh v. Taylor*, 117 F.3d 197, 202 (5th Cir. 1997). In denying IFP status, the district court certified that Revell's appeal was not taken in good faith. *See id.*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-50440

To warrant leave to proceed IFP, Revell must show that his appeal will involve nonfrivolous legal issues. *See Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983). He fails to make the requisite showing. Accordingly, the motion for leave to proceed IFP on appeal is DENIED and the appeal is DISMISSED. *See Baugh*, 117 F.3d at 202 n.24; 5TH CIR. R. 42.2.